# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

_____

No. 00-50347

_____

JUAN PEDRO IBARRA-MARTINEZ

Petitioner-Appellant

v.

KENNETH L. PASQUARELL

Respondent-Appellee

Appeal from the United States District Court for the
Western District of Texas, San Antonio

October 15, 2001

Before REAVLEY, JOLLY and JONES, Circuit Judges.

PER CURIAM:[1]

IT IS ORDERED that the motion of appellant to remand case to district court for proceedings consistent with Supreme Court decisions in INS v. St. Cyr and Calcano-Martinez, Deboris is granted. IT IS FURTHER ORDERED that the prior opinion dated January 19, 2001 is vacated.

---

[1]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.